# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jantz, Beth W. | 2. Court or Organization<br><br>US District Court, Northern District of Illinois | 3. Date of Report<br><br>08/11/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>07/31/2020 |

| 7. Chambers or Office Address |
|---|
| 219 South Dearborn St.<br>Chicago, IL 60604 |

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (no reportable assets) |
| 2. President | Chicago Inn of Court |
| 3. Board of Governors | Seventh Circuit Bar Association |
| 4. Attorney | Federal Defender Program, Inc. |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jantz, Beth W. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Federal Defender Program, Inc. | $26,025.49 |
| 2. 2019 | Federal Defender Program, Inc. | $164,032.00 |
| 3. 2018 | Federal Defender Program, Inc. | $151,459.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Chicago Board of Options Exchange (salary) |
| 2. 2019 | Chicago Board of Options Exchange (salary) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jantz, Beth W. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. INDIVIDUAL ASSETS (H) | | | | | Exempt | | | | |
| 2. BANK OF AMERICA (cash) | | None | K | T | | | | | |
| 3. CAPITAL ONE (cash) | A | Interest | L | T | | | | | |
| 4. CHASE BANK (cash) | | None | J | T | | | | | |
| 5. NORTHWEST BANK (cash) | | None | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 7. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Dividend | K | T | | | | | |
| 8. FIDELITY TOTAL MARKET INDEX FUND (FSKAX) | A | Dividend | J | T | | | | | |
| 9. FIDELITY INTERNATL INDEX FUND (FSPSX) | A | Dividend | J | T | | | | | |
| 10. VANGUARD REAL ESTATE INDEX ADMIRAL (VGSLX) | B | Dividend | L | T | | | | | |
| 11. VANGUARD REAL ESTATE INDEX FD INVESTOR (VGSIX) | A | Dividend | | | | | | | |
| 12. VANGUARD DEVELOPED MRKTS INDEX ADMIRAL (VTMGX) | B | Dividend | K | T | | | | | |
| 13. VANGUARD DEVELOPED MRKTS INDEX INVSTR (VDVIX) | A | Dividend | | | | | | | |
| 14. VANGUARD EMERGING MRKTS INDEX ADMIRAL (VEMAX) | A | Dividend | K | T | | | | | |
| 15. VANGUARD EME MKTS STK IDX INVESTOR CL (VEIEX) | B | Dividend | | | | | | | |
| 16. VANGUARD TOTAL BOND MARKET INDEX ADMIRAL (VBTLX) | A | Dividend | L | T | | | | | |
| 17. VANGUARD BOND INDEX TOTAL MKT INVESTOR (VBMFX) | A | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jantz, Beth W. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. VANGUARD TOTAL INTERNTL BD INDX ADM (VTABX) | A | Dividend | M | T | | | | | |
| 19. VANGUARD TOTAL INTERNL BD INDX INVS (VTIBX) | C | Dividend | | | | | | | |
| 20. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 21. VANGUARD TOTAL STOCK MARKET INDEX FUND (VTSMX) | A | Dividend | J | T | | | | | |
| 22. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 23. VANGUARD 500 INDEX ADMIRAL CL (VFIAX) | A | Dividend | K | T | | | | | |
| 24. VANGUARD REAL ESTATE INDEX ADMIRAL CL (VGSLX) | A | Dividend | K | T | | | | | |
| 25. VANGUARD DEVELOPED MARKETS INDEX ADMIRAL CL (VTMGX) | B | Dividend | K | T | | | | | |
| 26. VANGUARD MUN BD TAX EXEMPT BOND INDEX ETF (VTEB) | A | Dividend | J | T | | | | | |
| 27. VANGUARD FTSE EMERGING MARKETS ETF (VWO) | B | Dividend | K | T | | | | | |
| 28. 401(k) #1 (H) | | | | | | | | | |
| 29. STATE STREET SHORT TERM INVESTMENT, CLASS H | | None | J | T | | | | | |
| 30. STATE STREET U.S. BOND INDEX SECURITIES LENDING, III | | None | K | T | | | | | |
| 31. STATE STREET S&P 500 INDEX SECURITIES LENDING, CLASS H | | None | K | T | | | | | |
| 32. STATE STREET S&P MIDCAP INDEX SECURITIES LENDING, III | | None | K | T | | | | | |
| 33. STATE STREET RUSSELL SMALL CAP INDEX SECURITIES LENDING, III | | None | K | T | | | | | |
| 34. STATE STREET INTERNATIONAL INDEX SECURITIES LENDING, III | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jantz, Beth W. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 401(k) #2 (H) | | | | | | | | | |
| 36. STATE STREET S&P 500 INDEX NON-LEND (SVSPX) | | None | K | T | | | | | |
| 37. VANGUARD EQUITY INCOME ADM (VEIRX) | | None | L | T | | | | | |
| 38. VANGUARD DEVELOPED MARKETS INDEX INV (VTMGX) | | None | K | T | | | | | |
| 39. RETIREMENT ACCOUNT #1 (H) | | | | | | | | | |
| 40. TRANSAMERICA U.S. AGGREGATE BOND INDEX FUND | | None | J | T | | | | | |
| 41. TRANSAMERICA INTERNATIONAL EQUITY INDEX FUND | | None | J | T | | | | | |
| 42. TRANSAMERICA SMALL-MID COMPANY EQUITY INDEX FUND | | None | J | T | | | | | |
| 43. TRANSAMERICA US LARGE COMPANY EQUITY INDEX FUND | | None | K | T | | | | | |
| 44. IRA #1 (H) | | | | | | | | | |
| 45. VANGUARD BOND INDEX TOTAL MKT INVESTOR (VBMFX) | A | Dividend | | | | | | | |
| 46. VANGUARD TOTAL BOND MARKET INDEX ADMIRAL (VBTLX) | A | Dividend | J | T | | | | | |
| 47. IRA #2 (H) | | | | | | | | | |
| 48. VANGUARD VALUE INDEX ADMIRAL (VVIAX) | B | Dividend | K | T | | | | | |
| 49. IRA #3 (H) | | | | | | | | | |
| 50. VANGUARD TOTAL BOND MARKET INDEX ADMIRAL CL (VBTLX) | A | Dividend | K | T | | | | | |
| 51. VANGUARD EMERGING MARKETS STOCK INDEX ADMIRAL CL (VEMAX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jantz, Beth W.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   VANGUARD REAL ESTATE INDEX ADMIRAL CL (VGSLX) | B | Dividend | K | T | | | | | |
| 53.   VANGUARD SMALL CAP INDEX ADMIRAL CL (VSMAX) | A | Dividend | K | T | | | | | |
| 54.   VANGUARD DEVELOPED MARKETS INDEX ADMIRAL CL (VTMGX) | A | Dividend | K | T | | | | | |
| 55.   VANGUARD TOTAL STOCK MARKET INDEX ADMIRAL CL (VTSAX) | A | Dividend | J | T | | | | | |
| 56.   VANGUARD TOTAL STOCK MARKET INDEX INVESTOR CL (VTSMX) | A | Dividend | | | | | | | |
| 57.   529 #1 (H) | | | | | | | | | |
| 58.   BRIGHTSTART 529 INDEX BALANCED PORTFOLIO | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jantz, Beth W.** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth W. Jantz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544